


Ephesian Franklin
211 N Woodson
Willis, Texas 77378

Retail
U.S. POSTAGE PAID
FCM LETTER
WILLIS, TX 77378
DEC 01, 2023
$0.24
R2304E106668-06
77208
RDC 99

Southern District of Texas
Clerk Of Court
P.O. Box 61010
Houston, TX 77208

77208-101010